UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ISLAND INDUSTRIES, INC., Relator,

    Plaintiff-Appellee,

and

UNITED STATES OF AMERICA, ex rel Island Industries, Inc.,

    Plaintiff,

 v.

SIGMA CORPORATION,

    Defendant-Appellant,

and

VANDEWATER INTERNATIONAL, INC.; et al.,

    Defendants.

No. 22-55063

D.C. No. 2:17-cv-04393-RGK-KS
Central District of California, Los Angeles

ORDER

Before: WATFORD, FRIEDLAND, and BENNETT, Circuit Judges.

    Submission of this case is withdrawn and this appeal is held in abeyance due to pending cases before the Supreme Court and Federal Circuit that may bear on its disposition. The parties shall jointly notify the court when the Supreme Court issues a decision in *United States ex rel. Schutte v. SuperValu Inc.*, and when the Federal Circuit issues a decision in *Vandewater International Inc. v. United States*.

2

The parties shall jointly file each notice within seven (7) days of the date that each decision is issued and shall state whether further briefing to this court is requested in light of the decision.