UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ISLAND INDUSTRIES, INC., Relator, | No. 22-55063 |
| Plaintiff-Appellee, | D.C. No. 2:17-cv-04393-RGK-KS |
| and | Central District of California, Los Angeles |
| UNITED STATES OF AMERICA, ex rel Island Industries, Inc., | ORDER |
| Plaintiff, | |
| v. | |
| SIGMA CORPORATION, | |
| Defendant-Appellant, | |
| and | |
| VANDEWATER INTERNATIONAL, INC.; et al., | |
| Defendants. | |

Before: WATFORD, FRIEDLAND, and BENNETT, Circuit Judges.

The parties and Amicus the United States are ordered to file supplemental briefs addressing whether 19 U.S.C. § 1592 provides the exclusive means for recovering antidumping duties that an importer has fraudulently evaded paying through false statements on customs forms, or whether the False Claims Act may also be used to recover such duties. *Compare Middlesex Cnty. Sewerage Auth. v.*

*Nat'l Sea Clammers Ass'n*, 453 U.S. 1, 20-21 (1981) (explaining that Congress' decision to provide a "comprehensive enforcement mechanism[]" implies the intent to close off more general remedies), *with Swinomish Indian Tribal Cmty. v. BNSF Ry. Co.*, 951 F.3d 1142, 1156 (9th Cir. 2020) (explaining that absent Congress' clear intent to the contrary, federal statutes should be read in harmony and both should be "regarded as effective" unless there is an irreconcilable conflict between them). Appellants shall file their brief no later than June 12, 2023, and Appellees and Amicus the United States shall file their briefs no later than June 26, 2023. The briefs shall not exceed 15 pages. No reply brief shall be permitted absent further order from the court.